# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**In Re: Emory Paul Ray, Jr.**          **Case No.  18-40418-KKS**
     **Lisa Renea Ray**                   **Chapter 7**
                                                   **Judge Specie**

         **Debtor(s)**
_____/

# REPORT AND NOTICE OF INTENTION
# TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE

**TO: Debtor(s), Creditors, and Parties in Interest:**

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).
>
> If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 E. Park Avenue, Suite 100, Tallahassee, FL, 32301 and serve a copy on the movant's attorney, Theresa M. Bender, Trustee, P.O. Box 14557, Tallahassee, FL. 32317, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

     NOTICE IS HEREBY GIVEN that the Trustee intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth

below:

**1) Description and Value of Property:** All Bankruptcy Estate's right, title and interest in the parcel(s) of non-exempt real property, together with any and all improvements located thereon, including any and all non-exempt appliances, window treatments and fixtures as well as any and all tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining (collectively, the "Property") more particularly described as follows:

Legal: Tract # 5 within Lot 54, JOHN PIPLAC'S SUBDIVISION, Wakulla County, Florida.

Property Address: 21 Jensen Lane Crawfordville, FL 32327

**2) Manner of Sale:**     Private (x )* Public Auction ( )

**3) Terms of Sale:**

a) Purchaser(s): 21 Jensen Lane Crawfordville Land Trust, CDC Capital Investments LLC as Trustee.

b) "As is," "where is" with no warranties expressed or implied. This sale is subject to any known or unknown, liens, encumbrances, and Debtor's exemptions (if any), and lien held by Home Point Financial *($102,778)*; and any such liens or encumbrances will not attach to the proceeds of this sale.

c) Purchaser (s) shall pay all applicable State Documentary Stamps.

d)  Selling price as negotiated between the parties, $3,500.00.

| Proposed Purchaser | Sale Price | Doc. Stamps | Recording Fee | Total |
|---|---|---|---|---|
| 21 Jensen Lane Crawfordville Land Trust, CDC Capital Investments LLC as Trustee | $3,500.00 | $720.00 | $18.50 | $4,238.50 |

e) All payments shall be made to **Theresa M Bender, Trustee, and P.O. Box 14557, Tallahassee, Florida 32317.**

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only.) The Trustee will entertain any higher bids of 25% or more for the purchase of the assets of the debtor(s) which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received, with the applicable deposit) by the Trustee at the address listed below *no later than the close of business 15 days from the date of this Notice. Should a timely counterbid be receive; the Trustee will schedule a telephonic meeting for the sole purpose to allow the bidding parties to compete for the highest bidder.  Only parties submitting a timely bid will be authorized to participate. Failure to submit a timely bid will be considered a waiver of participation in the bidding process.*
NOTICE IS HEREBY GIVEN that all objections to the same must state the basis of the objection. If no objection is filed, the sale described above will take place.

Date:9/12/18

/s/ Theresa M. Bender
THERESA M. BENDER
CHAPTER 7 TRUSTEE
P.O. Box 14557
Tallahassee, Florida 32317
PH: 850.205.7777
FL Bar No. 0749486
Tmbenderch7@yahoo.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  EMORY PAUL RAY, JR<br>          LISA RENEA RAY | CASE NO: 18-40418<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 9/12/2018, I did cause a copy of the following documents, described below,

REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/12/2018

/s/ Theresa M Bender Trustee
Theresa M Bender Trustee  0749486

P.O. Box 14557
Tallahassee, FL  32317
850 205 7777

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: EMORY PAUL RAY, JR<br>LISA RENEA RAY | CASE NO: 18-40418<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 9/12/2018, a copy of the following documents, described below,

REPORT AND NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE BY PRIVATE SALE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/12/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Theresa M Bender Trustee

P.O. Box 14557
Tallahassee, FL  32317

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>11294<br>CASE 18-40418-KKS<br>NORTHERN DISTRICT OF FLORIDA<br>TALLAHASSEE<br>WED SEP 12 13-08-18 EDT 2018 | HOME POINT FINANCIAL CORPORATION<br>SOTTILE  BARILE LLC<br>ATTN- D ANTHONY SOTTILE<br>394 WARDS CORNER ROAD<br>SUITE 180<br>LOVELAND OH 45140-8362 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
|---|---|---|
| BARCLAYS BANK DELAWARE<br>ATTN CORRESPONDENCE<br>PO BOX 8801<br>WILMINGTON DE 19899-8801 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CHASE CARD SERVICES<br>CORRESPONDENCE DEPT<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| ENVISION CREDIT UNION<br>PO BOX 5198<br>TALLAHASSEE FL 32314-5198 | FEDLOAN SERVICING<br>ATTENTION BANKRUPTCY<br>PO BOX 69184<br>HARRISBURG PA 17106-9184 | HOME POINT FINANCIAL<br>9 ENTIN ROAD ST<br>PARSIPPANY NJ 07054-5000 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | LENDING CLUB CORP<br>71 STEVENSON ST<br>SUITE 300<br>SAN FRANCISCO CA 94105-2985 | PLANET FITNESS<br>1212 CAPITAL CIRCLE SE UNIT C<br>TALLAHASSEE FL 32301-3829 |
| SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | SYNCHRONY BANKAMAZON<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965061<br>ORLANDO FL 32896-5061 |
| SYNCHRONY BANKWALMART<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | TMG FINANCIAL SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 10409<br>DES MOINES IA 50306-0409 | UNITED STATES TRUSTEE<br>110 E PARK AVENUE<br>SUITE 128<br>TALLAHASSEE FL 32301-7728 |
| DEBTOR<br>EMORY PAUL RAY JR<br>21 JENSEN LANE<br>CRAWFORDVILLE FL 32327-2588 | KATHRYN A HATHAWAY<br>HATHAWAY LAW FIRM<br>PO BOX 3005<br>TALLAHASSEE FL 32315-3005 | LISA RENEA RAY<br>21 JENSEN LANE<br>CRAWFORDVILLE FL 32327-2588 |
| THERESA M BENDER<br>PO BOX 14557<br>TALLAHASSEE FL 32317-4557 | | |